# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In Re: Steve Fierro Perez and Yolanda Berrera Perez,

       Debtor(s).                                          No. 10-11452 s7

## STIPULATED ORDER CONCERNING DEBTOR(S)' FAILURE
## TO TIMELY PROVIDE PAYMENT ADVISES AND TAX RETURNS TO TRUSTEE

THIS MATTER came on before the Court on the Stipulation of the Debtor(s) and the Trustee concerning the Debtor(s)' failure to timely provide payment advices and/or tax returns to the Chapter 7 Trustee. The first date set for the meeting of creditors herein was February 16, 2010. The Parties have stipulated and agreed that the Debtor(s) failed to timely provide said documents at least seven (7) days prior to the first date set for the meeting of creditors as required by 11 USC § 521 and Rule 4002(b)(2) and (3). The Parties have further stipulated and agreed that said documents shall be provided to the Chapter 7 Trustee no later than 10 days after the first date set for the meeting of creditors and that should Debtor(s) fail to do so, this case will be dismissed without further notice or hearing.

IT IS THEREFORE ORDERED that said Debtor(s) provide the aforesaid documents to the Chapter 7 Trustee no later than 10 days after the first date set for the meeting of creditors. It is FURTHER ORDERED that should said Debtor(s) fail to do so, this case will be dismissed as to said Debtor(s) without further notice or hearing.

                                                  _____
                                                  United States Bankruptcy Judge

Date Entered on Docket: May 19, 2010

                                                  Approved by:

<u>Clarke C. Coll/S/Submitted by E-Mail</u>    <u>Original Signed in File/Steve & Yolanda Perez</u>
Clarke C. Coll, Chapter 7 Trustee          Steve Fierro Perez
P O Box 550                                              Debtor/Pro Se
Roswell, NM 88202                      1907 West Jacobs Ave.
(575) 622-5440                             Artesia, NM 88210
(575) 622-5853 Fax

J:\Ace\eorders\10-11452.wpd